UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-01906-SSS-SPx | Date | September 10, 2026 |
| Title | *Jason Everage et al v. County of San Bernardino et al* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DOE DEFENDANTS**

On April 6, 2026, Plaintiffs Jason Everage and Lynda Allen filed their Complaint in which numerous Doe defendants are listed. [*See* Dkt. No. 1, Compl. ¶ 9]. As of the date of this order, there is no evidence in the record to show Plaintiffs have timely served these defendants under Federal Rule of Civil Procedure 4(m).

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** why the Doe defendants should not be dismissed for failure to name and serve a copy of the summons and Complaint on these defendants. Plaintiffs must respond in writing by Friday, October 29, 2027. The Court sets a hearing on the matter on Friday, November 5, 2027, at 1:00 p.m. Failure to respond will result in a dismissal of the Doe Defendants under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey court orders.

**IT IS SO ORDERED.**